**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **LAZARO RAUL PINERA RODRIGUEZ,** | § | |
| ***Petitioner,*** | § | |
| | § | **CASE NO. 6:26-CV-00508-CRW-DTG** |
| ***v.*** | § | |
| **PEDRO JANIER DUPAIRON RIVERA,** | § | |
| ***Respondent,*** | § | |

**ORDER TO PAY FILING FEE**

On August 5, 2026, the petitioner, Lazaro Raul Pinera Rodriguez, filed this petition for a writ of habeas corpus (Dkt. No. 1). The petitioner failed to pay the filing fee or move for leave to proceed in forma pauperis. *See id.* Therefore, the Court **ORDERS** the petitioner to tender the $5.00 filing fee to the Clerk's Office or move for leave to proceed in this matter in forma pauperis on or before **September 15, 2026**. Failure to do so will result in the dismissal of this entire cause for **FAILURE OF PLAINTIFF TO PROSECUTE OR TO COMPLY**, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**SIGNED** this 25th day of August, 2026.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE